United States District Court
Southern District of Texas
**ENTERED**
June 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN ZARAZUA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00050 |
| | § § | |
| ALLSTATE TEXAS LLOYDS, | § § | |
| Defendant. | § | |

## ORDER

The Court now considers the joint stipulation to dismiss filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without court order when the stipulation to dismiss is signed by all parties who have appeared. Here, the stipulation to dismiss is signed by all parties who have appeared.[2] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of June, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.
[2] *See* Dkt. No. 10-1.